# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CITY OF FRESNO, *et al.*,

       Plaintiffs-Appellees,

       v.

SCOTT TURNER, in his official capacity as
Secretary of the U.S. Department of Housing and
Urban Development, *et al.*,

       Defendants-Appellants.

No. 26-4102

## UNOPPOSED MOTION TO HOLD PROCEEDINGS IN ABEYANCE

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully requests that proceedings in this matter be held in abeyance pending this Court's resolution of the appeal in *County of King v. Turner*, No. 25-3664, which involves similar facts and legal issues as the above-captioned case.

1. This case involves a challenge by several municipalities to conditions of funding imposed by the Department of Housing and Urban Development (HUD), the Department of Transportation (DOT), and the Department of Health and Human Services (HHS) on federal grants administered by those agencies.

2. On September 23, 2025, the United States District Court for the Northern District of California entered a preliminary injunction prohibiting defendants from

imposing or enforcing the challenged conditions on grants awarded to plaintiffs. Preliminary Injunction, *City of Fresno v. Turner*, No. 3:25-cv-07070-RS (N.D. Cal. Sept. 23, 2025), Dkt. No. 46. The government appealed, and this Court granted the government's unopposed motion to stay appellate proceedings pending the Court's resolution of *County of King v. Turner*, No. 25-3664, a case involving a challenge to funding conditions that are substantially similar to the conditions at issue in this case. Order, *City of Fresno v. Turner*, No. 25-7378 (Jan. 16, 2026), Dkt. No. 7.

3. On April 28, 2026, the district court issued a second preliminary injunction, which extends the relief granted in the first preliminary injunction to additional plaintiffs and enjoins additional defendants. Order, *City of Fresno v. Turner*, No. 3:25-cv-07070-RS (N.D. Cal. Apr. 28, 2026), Dkt. No. 89. The government filed the instant appeal, No. 26-4102, and its opening brief is due July 24, 2026.

4. As in the appeal of the first preliminary injunction, good cause exists to stay proceedings in this appeal pending resolution of *County of King v. Turner*. The issues in this appeal are substantially similar to the issues on appeal in *County of King*, and a stay of proceedings will promote judicial economy and conserve resources, as the Court's resolution of that appeal will inform the parties' briefing here. The government therefore respectfully requests that this case be held in abeyance until the mandate issues in case number 25-3664.

5.  The government has consulted with plaintiffs, who do not oppose this motion.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. McARTHUR
  *Deputy Assistant Attorney General*

DANIEL TENNY

*/s/ Sarah N. Smith*
SARAH N. SMITH
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7533*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *Sarah.N.Smith@usdoj.gov*
  *(202) 305-0173*

JULY 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 377 words. This motion complies with the typeface and type-style requirements of Rules 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using 14-point Times New Roman, a proportionally spaced typeface.

*/s/ Sarah N. Smith*
SARAH N. SMITH

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed the foregoing

motion with the Clerk of the Court for the United States Court of Appeals for the

Ninth Circuit by using the Appellate Case Management System (ACMS).

Participants in the case are registered ACMS users, and service will be

accomplished by the ACMS.

*/s/ Sarah N. Smith*
SARAH N. SMITH